Ryan Lee, Esq. (SBN 235879)
Nick Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
nbontrager@consumerlawcenter.com

Attorneys for Plaintiff, SHELLEY FRESE

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SHELLEY FRESE,<br><br>　　　　　Plaintiff,<br>　　v.<br>NCO FINANCIAL SYSTEMS, INC.,<br>　　　　　Defendant. | Case No. 2:08-cv-02626 FCD KJM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>**Fed. R. Civ. P. 41(a)(1)** |

　　　　Plaintiff, SHELLEY FRESE, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on November 4, 2008.  NCO filed its response to the complaint on December 8, 2008.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

/ / /

/ / /

/ / /

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated:     2/20/09          KROHN & MOSS, LTD.

                                        /s/ Ryan Lee
                                        Ryan Lee, Esq.
                                        Attorney for Plaintiff,
                                        SHELLEY FRESE

Dated:     2/20/09          SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

                                        /s/Albert R. Limberg,
                                        Albert R. Limberg, Esq.
                                        Attorney for Defendant,
                                        NCO Financial Systems, Inc.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:

                                        _____
                                        The Honorable Judge
                                        Frank C. Damrell
                                        United States District Judge